ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6570
    Email: michael.keough@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH J. KUHL, | Case No. 3:23-CV-05604-LJC |
| Plaintiff, | **STIPULATION** |
| v. | |
| DENIS R. McDONOUGH, Secretary, Department of Veterans Affairs, | |
| Defendant. | |

    Plaintiffs and Defendant (the "Parties") hereby stipulate and jointly request that the Court modify the date of the Initial Case Management Conference, currently set for June 13, 2024, to July 11, 2024.

    The Parties request to modify the date of the Initial Case Management Conference in this matter to accommodate a deposition in another matter being handled by Defendant's counsel, scheduled at the same time as the Initial Case Management Conference.

    IT IS SO STIPULATED.

DATED: June 6, 2024                 Respectfully submitted,

                             ISMAIL J. RAMSEY
                             United States Attorney

                             /s/ *Michael A. Keough*
                             MICHAEL A. KEOUGH
                             Assistant United States Attorney

1

2
*Attorneys for Defendant*

3
/s/ *Sarah J. Kuhl**

SARAH J. KUHL

4
*Plaintiff Pro Se*

5

6
* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [ORDER REGARDING DATE OF CMC Case No.
3:23-CV-05604-LJC

1

**ORDER**

2      Pursuant to the stipulation of the Parties, the Case Management Conference currently set for

3  currently set for June 13, 2024, to July 11, 2024.

4      IT IS SO ORDERED.

5   Dated: June 7, 2024

6                                    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28