1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  MICHAEL A. KEOUGH (NYRN 5199666)
   Assistant United States Attorney
4
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7200
6     Fax: (415) 436-6570
      Email: michael.keough@usdoj.gov
7
   *Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH J. KUHL, | Case No. 3:23-CV-05604-LJC |
| Plaintiff, | **STIPULATION** |
| v. | |
| DENIS R. McDONOUGH, Secretary, Department of Veterans Affairs, | |
| Defendant. | |

Plaintiffs and Defendant (the "Parties") hereby stipulate and jointly request that the Court modify the date for Plaintiff to file an Amended Complaint to September 4, 2024.

The Parties request to modify this date at Plaintiff's request. Defendant has no objection to this request.

IT IS SO STIPULATED.

DATED: August 19, 2024                    Respectfully submitted,

                                          ISMAIL J. RAMSEY
                                          United States Attorney

                                           /s/ *Michael A. Keough*
                                          MICHAEL A. KEOUGH
                                          Assistant United States Attorney

*Attorneys for Defendant*

/s/ *Sarah J. Kuhl*\*
SARAH J. KUHL

*Plaintiff Pro Se*

\* *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

1 **ORDER**

2  Pursuant to the stipulation of the Parties, Plaintiff shall filed an Amended Complaint by
3 September 4, 2024.

4  IT IS SO ORDERED.

5  Dated: August 19, 2024

6  _____
   UNITED STATES MAGISTRATE JUDGE