1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  MICHAEL A. KEOUGH (NYRN 5199666)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7200
6      Fax: (415) 436-6570
       Email: michael.keough@usdoj.gov
7
   *Attorneys for Defendant*
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12 | SARAH J. KUHL,                          ) Case No. 3:23-CV-05604-LJC
13 |     Plaintiff,                          ) **STIPULATION**
14 |   v.                                    )
15 | DENIS R. McDONOUGH, Secretary,          )
   | Department of Veterans Affairs,        )
16 |                                         )
   |     Defendant.                          )
17 |                                         )

18      Plaintiffs and Defendant (the "Parties") hereby stipulate and jointly request that the Court modify
19 the date for Defendant to respond to the Amended Complaint (Dkt. 36) to October 17, 2024.  The Parties
20 further request that the Case Management Conference, currently set for September 19, 2024, be reset for
21 a date after Defendant's response to the Amended Complaint is due.
22      On August 19, 2024, the Parties stipulated to extend the time for Plaintiff to file her Amended
23 Complaint. *See* Dkt. 32.  Plaintiff filed her Amended Complaint on September 5, 2024 (Dkt. 36), and
24 Defendant's response is presently due on September 19, 2024.  The Parties request to modify these dates
25 to accommodate the availability of Defendant's counsel, including due to official travel, and further
26 submit that holding the Case Management Conference after Defendant has responded to the Amended
27 Complaint will conserve the resources of the Parties and the Court.
28

IT IS SO STIPULATED.

DATED: September 10, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/ *Michael A. Keough*
MICHAEL A. KEOUGH
Assistant United States Attorney

*Attorneys for Defendant*

/s/ *Sarah J. Kuhl**
SARAH J. KUHL

*Plaintiff Pro Se*

*\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

JOINT STIPULATION AND ORDER – RESPONSE DATE FOR AMENDED COMPLAINT
Case No: No. 3:23-CV-05604-LJC

2

**ORDER AS MODIFED**

Pursuant to the stipulation of the Parties, Defendant shall respond to the Amended Complaint by October 17, 2024.  The Case Management Conference current set for September 19, 2024, is reset to December 19, 2024, at 1:30 p.m. via Zoom Webinar. The joint case management statement is due December 12, 2024.

IT IS SO ORDERED.

Dated: September 12, 2024

_____
UNITED STATES MAGISTRATE JUDGE