PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612-5217
   Telephone: (510) 637-3721
   Facsimile:  (510) 637-3724
   Email: michael.keough@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH J. KUHL,<br><br>    Plaintiff,<br><br>v.<br><br>DOUGLAS A. COLLINS,[1] Secretary, Department of Veterans Affairs,<br><br>    Defendant. | Case No. 3:23-CV-05604-LJC<br><br>**STIPULATION** |

Plaintiff and Defendant (the "Parties") hereby stipulate and jointly request that the Court modify the date of upcoming Case Management Conference, currently set for February 27, 2025, to April 24, 2025.

Plaintiff has requested the continuance due to a recent illness. Defendant also submits that the motion to dismiss the amended complaint remains pending, and the Parties would benefit from a ruling on this motion before discussing additional case management issues.

IT IS SO STIPULATED.

DATED: February 20, 2025                                  Respectfully submitted,

---

[1] Douglas A. Collins is substituted as Defendant pursuant to Fed. R. Civ. P. 25 (d).

1
2
PATRICK D. ROBBINS
Acting United States Attorney

3
 /s/ *Michael A. Keough*
MICHAEL A. KEOUGH
4
Assistant United States Attorney

5
*Attorneys for Defendant*

6
 /s/ *Sarah J. Kuhl**
SARAH J. KUHL
7

8
*Plaintiff Pro Se*

9
10
*\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION AND ORDER REGARDING DATE OF CMC Case No: No. 3:23-CV-05604-LJC

2

**ORDER**

Pursuant to the stipulation of the Parties, the Case Management Conference is reset for April 24, 2025. A joint case management statement is due April 17, 2025.

IT IS SO ORDERED.

Dated: February 24, 2025

_____
UNITED STATES MAGISTRATE JUDGE