X

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SARAH J KUHL,

         Plaintiff.

    v.

DOUGLAS COLLINS,

        Defendant.

Case No.  3:23-cv-05604-LJC

**JUDGMENT IN A CIVIL CASE**

Re: Dkt. No. 64

**( )  Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X )  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 4/8/2026

Mark B. Busby, Clerk of Court

Brittany Sims
Deputy Clerk